# Exhibit "A"

## TATE & KIRLIN ASSOCIATES

*2810 Southampton Road*
*Philadelphia, PA 19154-1207*
Toll Free (877) 982-0001 • (267) 407-0101
www.paytka.com

2810 Southampton Road
Philadelphia, PA 19154-1207

16866236      75 184 00017863 A
              862010



Lori H Lenhart
Weiser Meyer Attorney
APT 101
3001 TRIMBLESTONE LN
RALEIGH, NC 27616-5950

June 7, 2011

Creditor: GMAC
Client Ref #: 940339492
Account #: 16866236
Balance: $16,313.32

### IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 30% of your balance or $4,894.00 to resolve this debt. This payment must be received in our office by June 28, 2011 or this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine if this settlement offer can be made in installments.

You may also make a payment on your account at www.paytka.com.
To access the website use Customer #: 16866236

Please retain the upper portion of this letter for your records.

Yours truly,

*Thomas McNamee*

North Carolina Permit Number 4364.

---

Please detach and return bottom portion with your payment in the envelope supplied; be sure the address below shows through the return envelope window.

June 7, 2011
Lori H Lenhart
Weiser Meyer Attorney
APT 101
3001 TRIMBLESTONE LN
RALEIGH, NC 27616-5950

Please indicate any address changes below:

Address: _____
City, State, Zip _____
Home Phone #: _____
Business Phone #: _____

Creditor: GMAC
Client Ref #: 940339492
Account #: 16866236
Balance: $16,313.32

**IF PAYING BY CREDIT CARD PLEASE FILL OUT BELOW**

| CARD NUMBER | | EXP. DATE |
|---|---|---|
| SIGNATURE | | |
| AMOUNT | | CVV/CID (3-Digit Verification Code on Back of Card) |

☐ VISA
☐ MasterCard

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

530
TNK w/d
862010


Case 5:11-cv-00478-BO   Document 1-1   Filed 09/16/11   Page 2 of 2